# UNITED STATES COURT OF APPEALS

# FOR THE FIFTH CIRCUIT

No. 98-60300
Summary Calendar

LARRY R. KEGLEY, City of Grenada Manager,

Plaintiff-Appellant,

versus

J.W. ABEL, Councilman, Individually and in His Official
Capacity as Grenada City Council Member; CALVIN NEELY,
Councilman, Individually and in His Official Capacity as Grenada
City Council Member; LEWIS JOHNSON, Councilman, Individ-
ually and in His Official Capacity as Grenada City Council Member;
WILLIAM O. WILLIAMS, JR., Councilman, Individually and in
His Official Capacity as Grenada City Council Member; J.B
FLOWERS, JR., Councilman, Individually and in His Official
Capacity as Grenada City Council Member; BILLY COLLINS,
Councilman, Individually and in His Official Capacity as Grenada
City Council Member; GEORGE THORNTON, Councilman,
Individually and in His Official Capacity as Grenada City Council
Member; CITY OF GRENADA,

Defendants-Appellees.

Appeal from the United States District Court
For the Northern District of Mississippi
(3:96-CV-221-B)

November 19, 1998

Before POLITZ, Chief Judge, EMILIO M. GARZA and DeMOSS, Circuit Judges.

PER CURIAM:[*]

Larry R. Kegley appeals an adverse summary judgment on his claims of

[*]Pursuant to 5ᵀᴴ Cɪʀ. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5ᵀᴴ Cɪʀ. R. 47.5.4.

wrongful termination, breach of contract, and denial of due process, contending that the district court erred in its ruling that he lacked a property interest in his continued employment by the City of Grenada, Mississippi. Having considered the briefs and record, and on the basis of the facts as detailed, authorities cited, and analysis made by the district court in its Memorandum Opinion signed, dated, and entered on April 17, 1998, we conclude that the judgment appealed should be and the same is hereby AFFIRMED.